1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. CV A 10-**4208**
12 |                Plaintiff,       |
13 |       vs.                       | CONSENT JUDGMENT
14 | MARTIN S. ZAMBRANO,             |
15 |                Defendant        |

16

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Martin S. Zambrano, in
20 the principal amount of $2,664.03 plus interest accrued to
21 May 26, 2010, in the sum of $4,683.74; with interest
22 accruing thereafter at 8% annually until entry of judgment,
23 for a total amount of  **$7,347.77**.

24

25 DATED: JUNE 11, 2010        By: TERRRY NAFISI
                                   Clerk of the Court
26
27                                 _Yvette Lois_ (signature)
28                                 Deputy Clerk
                                   United States District Court

Page 5